GINCEL v. COHEN.　(No. 7025.)

(Supreme Court, Appellate Division, First Department.　March 19, 1915.)

VENUE ☞7—BREACH OF CONTRACT.
    Where a contract was made in S. county, and was to be performed there, and plaintiff's assignor described himself therein as a resident of S. county, the venue of the action was properly laid in such county.
    [Ed. Note.—For other cases, see Venue, Cent. Dig. §§ 13–16; Dec. Dig. ☞7.]

Appeal from Special Term, New York County.

Action by Rose Gincel against Dore Cohen. From an order denying a motion to change place of trial from New York to Sullivan county, defendant appeals. Reversed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Isadore Rothenberg, of Centerville Station, for appellant.

PER CURIAM. As the contract was made in Sullivan county, and was to be there performed, and as the plaintiff's assignor therein described himself as a resident of Sullivan county, we think that county is the proper place for the trial.

The order appealed from must be reversed, with $10 costs and disbursements, and the motion granted.